IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAUN FELTON JACKSON, §<br>#2352869 §<br>     §<br>     *Plaintiff,* §<br>     §<br>v.   §<br>     §<br>JOHN DOE, §<br>     §<br>     *Defendant.* § | Civil Action No. 3:24-CV-0554-X-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 6). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 24th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE